AO 240A

# UNITED STATES DISTRICT COURT
## District of New Jersey

RICHARD WILLIAMS,

        Plaintiff                ORDER ON APPLICATION
                                          TO PROCEED WITHOUT
      V.                                       PREPAYMENT OF FEES

ROY L. HENDRICKS,

        Defendant               Case Number: 00-4795(SDW)

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

It is hereby **ORDERED on this 18th day of JUNE, 2007** that the application is:

**X** GRANTED, and the Clerk is directed to file the Appeal, and

   It is further ORDERED that the clerk shall

   ___ Issue summon(es); and

   _____ The United States Marshal to serve a copy of the Complaint (and Amended Complaint), Summons(es) and this Order upon the defendant(s) as directed by the plaintiff. All costs shall be advanced by the United States;

   **X** Plaintiff is to proceed with Appeal pursuant to the Rules;

   ___ DENIED, for the following reasons.

   .

                                                  s/ SUSAN D. WIGENTON, U.S.D.J.